**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ADRIANA WALSH, on behalf of herself
and all others similarly situated,

Plaintiff,

-against-

26 **CIVIL** 1358 (JPO)

# JUDGMENT

UNITED STATES DEPARTMENT OF
EDUCATION,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 23, 2026, the DOE's motion to dismiss the amended complaint is GRANTED. This case is dismissed for lack of subject matter jurisdiction without prejudice to refiling in state court if appropriate. See Rosenberg, 2023 WL 1866871, at *5; accordingly, the case is closed.

**Dated:** New York, New York

November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**